■ In the Matter of Joseph, an Infant. Mark J. W., Jr., et al., Respondents; Joseph F. C., Appellant. [693 NYS2d 465] —Order unanimously affirmed without costs (*see, Matter of Clair,* 231 AD2d 842, *lv denied* 89 NY2d 806; Domestic Relations Law § 111 [2] [a]). (Appeal from Order of Oneida County Family Court, McCarthy, J.—Adoption.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.